JOHANNA MARIE CHRISTENSEN, petitioner-respondent,

*v.*

PETER CHRISTIAN CHRISTENSEN, defendant-appellant, and AMEDEO B. MATULLO, intervening as defendant-respondent.

[Argued October 27th, 1939. Decided January 25th, 1940.]

*Messrs. McCarter & English* (*Mr. Conover English,* of counsel), for the defendant-appellant.

*Mr. Nicholas Brescia* (*Mr. Nicholas J. Colannino,* of counsel), for the petitioner-respondent.

*Mr. Fred Scherer,* for the intervening defendant-respondent.

PER CURIAM.

We have examined with care the decree of the court below, the pleadings of the parties, the evidence in the cause, and the arguments of counsel, and we consider that the decree is entirely justified. It will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.